1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10

11  BLUE GROWTH HOLDINGS LTD.,              No. C-15-00087 DMR

12          Plaintiff(s),

                                           **ORDER DENYING REQUEST TO**
13      v.                                 **RELATE CASES [DOCKET NO. 6]**
                                           **WITHOUT PREJUDICE**
14   AARON ET AL,

15          Defendant(s).
    _____/

16

17       Pursuant to Civil L.R. 3-12(b), parties seeking a determination of whether cases are related

18  must file a motion in the lowest-numbered case.  Plaintiff's request that this court consider the issue

19  of case relation, *see* Docket No. 6, is therefore **denied without prejudice**.  The parties are instructed

20  to file this motion in *Blue Growth Holdings Ltd. v. Mainstreet Limited Ventures, LLC*, No.

21  13-cv-1452-CRB for consideration by Judge Breyer.

22

23       IT IS SO ORDERED.

24

25  Dated:  January 15, 2015

26                                         _____
                                           DONNA M. RYU
27                                         United States Magistrate Judge

28

United States District Court
For the Northern District of California