| | |
|---|---|
| 1 | Joshua D. Wayser (Cal. Bar No. 152711) |
| | joshua.wayser@kattenlaw.com |
| 2 | Jessica M. Mickelsen (Cal. Bar No. 277581) |
| | jessica.mickelsen@kattenlaw.com |
| 3 | **KATTEN MUCHIN ROSENMAN LLP** |
| | 2029 Century Park East, Suite 2600 |
| 4 | Los Angeles, CA 90067-3012 |
| | Telephone:   310.788.4400 |
| 5 | Facsimile:   310.788.4471 |
| 6 | Attorneys for Plaintiff |
| | Blue Growth Holdings Ltd. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUE GROWTH HOLDINGS LTD., a company organized under the laws of the British Virgin Islands, | CASE NO.  3:15-cv-00087-CRB |
| Plaintiff, | **ORDER APPROVING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING ON DEFENDANTS JOSEPH M. AARON, ROBERT H. DEWBERRY, AND R.H. DEWBERRY PROFESSIONAL CORPORATION'S MOTION TO DISMISS THIRD CAUSE OF ACTION OF COMPLAINT** |
| v. | |
| JOSEPH M. AARON, an individual; BETH AARON, an individual;  JOSEPH M. AARON, as plan administrator and/or fiduciary of the WOOD, HAT & SILVER AMENDED & RESTATED 401K PROFIT SHARING PLAN, a profit sharing plan operated by WOOD, HAT & SILVER L.L.C., a Limited Liability Company organized under the laws of the State of California; ROBERT H. DEWBERRY, an individual; R. H. DEWBERRY PROFESSIONAL CORPORATION, a California corporation; ROGER W. AARON, an individual; JUDITH W. AARON, an individual; DOES 1-50 inclusive, | |
| Defendants. | |

1

1  Having reviewed the Stipulation ("Stipulation") of Plaintiff Blue Growth Holdings Ltd.
2  ("Blue Growth") and defendants Joseph M. Aaron, Robert H. Dewberry and R.H. Dewberry
3  Professional Corporation (collectively, "Defendants"), by and through their respective counsel, to
4  Continue the Case Management Conference and the Hearing on Defendants' Motion to Dismiss
5  Third Claim for Relief ("Motion to Dismiss") from June 5, 2015 at 10:00 a.m. to July 17, 2015 at 10
6  a.m. to facilitate further settlement discussions, and find good cause appearing therefore,

7  **IT IS SO ORDERED** that

8  (1) The Stipulation is approved in its entirety;

9  (2) The Case Management Conference and hearing on the Motion to Dismiss are hereby
10 continued to July 17, 2015, at 10:00 a.m.;

11 (3) The joint Case Management Conference Statement shall be due on July 10, 2015; and

12 (4) The deadline to oppose the Motion to Dismiss shall be filed on June 26, 2015 and the
13 reply on July 3, 2015.

15 Dated: May 18, 2015

The Honorable Charles R. Breyer
United States District Court Judge